```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

S. SHANE SMITH,                    )
                                   )
              Plaintiff,            )
                                   )
     v.                            )        1:18CV914
                                   )
NORTH CAROLINA DEPARTMENT          )
OF PUBLIC SAFETY, et al.           )
                                   )
              Defendants.           )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 19, 2021, was served on the parties in this action. (Text Recommendation dated Feb. 19, 2021; Doc. 81.) No objections were filed within the time limits prescribed by Section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Recommendation is ADOPTED and Plaintiff's request for a default judgment (Doc. 50) is DENIED.

IT IS FURTHER ORDERED that Defendants re-serve Plaintiff with the supplemental production (referenced in Paragraph 16 of Doc. 53) in a manner that documents Plaintiff's receipt.

                              /s/   Thomas D. Schroeder
                              United States District Judge

March 16, 2021